UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**ANTHONY ANDERSON,**<br><br>Defendant. | Criminal Action No. **04cr343**<br>(CKK) |

**FILED**

JUL - 3 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### ORDER

This case is before the Court upon the receipt of a Report and Recommendation [97] signed on June 24, 2013, by Magistrate Judge John Facciola. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 3rd day of July, 2013,

**ORDERED** that the Court hereby ADOPTS the Report and Recommendation [97] filed in the above-captioned case, and Defendant's supervised release is hereby revoked. It is

**FURTHER ORDERED** that a Sentence shall be addressed and imposed at a Court hearing on <u>Tuesday, July 30, 2013, at 9:30 a.m.</u> in Courtroom 28A.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (see next page)



Copies to:

Dani Jahn, AFPD.
Angela George, AUSA
Brian d. Shaffer, US Probation Officer
Magistrate Judge John Facciola